No. 80–1745.   F. W. WOOLWORTH CO. *v.* TAXATION AND REVENUE DEPARTMENT OF NEW MEXICO, 458 U. S. 354; and

No. 80–2015.   ASARCO INC. *v.* IDAHO STATE TAX COMMISSION, 458 U. S. 307.   Motion of Multistate Tax Commission et al. for leave to file a brief as *amici curiae* denied.   Petition for rehearing denied.

OCTOBER 28, 1982

No. 82–483.   ARIZONA ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA (KAISER CEMENT & GYPSUM CORP. ET AL., REAL PARTIES IN INTEREST).   C. A. 9th Cir.   Certiorari before judgment dismissed under this Court's Rule 53.

OCTOBER 29, 1982

No. A–396.   ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* O'BRYAN.   Application to vacate the stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   JUSTICE REHNQUIST would grant the application.

NOVEMBER 1, 1982

No. 82–360.   BURTON ET AL. *v.* HOBBIE ET AL.   Affirmed on appeal from D. C. M. D. Ala.